UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. DARRAN G. FISH  Crim. No. 19-743  SBI: 259485C**

---

**PETITION FOR
WRIT OF HABEAS CORPUS**

1. Darran G. Fish is now confined at Southern State Correctional Facility in Delmont, New Jersey

2. Said individual will be required at NEWARK, New Jersey, before the Hon. Brian R. Martinotti, United States District Judge, on Wednesday, May 6, 2020, at 10:00 a.m., for a **Sentencing**.

A Writ of Habeas Corpus should be issued for that purpose.

DATED:  May 5, 2020

SARAH A. SULKOWSKI
ASSISTANT U.S. ATTORNEY

---

**ORDER**

Let the Writ Issue.

DATED:  May 5, 2020, 2020

HON. BRIAN R. MARTINOTTI
UNITED STATES MAGISTATE JUDGE

---

**WRIT OF HABEAS CORPUS**

The United States of America to the Southern State Correctional Facility, Delmont, New Jersey

WE COMMAND YOU that you have the body of

**DARRAN G. FISH**

now confined at the Southern State Correctional Facility, Delmont, New Jersey, be brought before the United States District Court, the Hon. Brian R. Martinotti, U.S. Post Office and Federal Courthouse, Newark, New Jersey on Wednesday, May 6, 2020, at 10:00 a.m., so that he may appear for a **SENTENCING** in the above-captioned matter.

WITNESS the Honorable Brian R. Martinotti
    United States District Judge
    Newark, New Jersey

DATED:  May 5, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:  *LER*
Deputy Clerk